**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 478 MAL 2019

         Respondent              :

                                   :   Petition for Allowance of Appeal
                                   :   from the Order of the Superior Court

         v.                            :

                                   :

KAQUWAN MALIK MILLIGAN,          :

             :

         Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

        **AND NOW**, this 4th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.